Richardson, Administrator of Palmer, *against* Humphreys. *December*, 1824.

JUDGE *Crenshaw* delivered the opinion of the Court.
This was an action of assumpsit charging the defendant
*Humphreys*, as surviving partner of *Trowbridge*, for goods
sold and delivered by *Palmer* to *Humphreys* and *Trowbridge*.
On the trial in the Circuit Court, the plaintiff, after having
proved the partnership between the defendant and *Trow-
bridge*, offered the books of his intestate *Palmer* in evidence,
and after proving the hand-writing, proceeded to examine the
day book for the particular charges, and on examination it
appeared that all the charges, were made against *Henry
Trowbridge*, and not against *Henry Trowbridge* and Company.
The plaintiff offered to prove that the goods came to the pos-
session of the firm of which the defendant was a partner.
The Court, on the defendant's objection, rejected this tes-
timony, to which the plaintiff excepted and assigns this
matter as Error.

The bill of Exceptions does not shew whether the entries
in the books were in the hand-writing of the intestate or of
his clerk. If in the hand-writing of the intestate, they were
not evidence, though he was dead.

The circumstance of the charges being against *Trow-
bridge* alone was not conclusive against the admission of
the books in evidence. *Humphreys* may have been a se-
cret partner, unknown to the intestate at the time of the
sale and delivery. Evidence shewing that they came to
the hands and possession of the Company might furnish
ground for the belief that they were originally purchased for
the use and benefit of the Company. It is the unanimous
opinion of the Court that the Circuit Court erred in reject-
ing the testimony, and that the judgment must be reversed
and the cause remanded.

Judge *Saffold* not sitting.

*Crawford* and *Hitchcock*, for plaintiff.
*H. G. Perry*, for defendant in Error.

<div style="margin-left:auto; width:40%; font-size:90%;">
In assumpsit vs.
*H.* surviving
partner, for goods
sold and deliver-
ed to the partner-
ship, though the
goods were char-
ged on the books
of the vendor to
the deceased
partner separate-
ly, evidence is ad-
missible to shew
that they came to
the use and pos-
session of the
firm.
</div>

---

By an Act passed 24th *December*, 1824, the *June* Term of
the Supreme Court was abolished.